**No. 10-913. Herand Abcarian, Petitioner v. Timothy McDonald, et al.**

562 U.S. 1288, 131 S. Ct. 1685, 179 L. Ed. 2d 617, 2011 U.S. LEXIS 2277.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 617 F.3d 931.